B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mims, Harry Daryl | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Mims, Tiffany Camelle |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>AKA Tiffany Camelle McGown |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-5509 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-1282 |
| Street Address of Debtor (No. and Street, City, and State):<br>919 Lotz Way<br>Suisun City, CA<br><br>ZIP Code 94585 | Street Address of Joint Debtor (No. and Street, City, and State):<br>919 Lotz Way<br>Suisun City, CA<br><br>ZIP Code 94585 |
| County of Residence or of the Principal Place of Business:<br>Solano | County of Residence or of the Principal Place of Business:<br>Solano |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ☐ Debts are primarily business debts. |
|---|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Mims, Harry Daryl<br>Mims, Tiffany Camelle |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** /s/ Guillermo F. Geisse SBN:          February  1, 2013<br>Signature of Attorney for Debtor(s)                    (Date)<br>   Guillermo F. Geisse SBN: 269685 |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)



_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Mims, Harry Daryl<br>Mims, Tiffany Camelle |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Harry Daryl Mims
_____
Signature of Debtor  Harry Daryl Mims

**X** /s/ Tiffany Camelle Mims
_____
Signature of Joint Debtor Tiffany Camelle Mims

Telephone Number (If not represented by attorney)

February  1, 2013
_____
Date

### Signature of Attorney*

**X** /s/ Guillermo F. Geisse SBN:
_____
Signature of Attorney for Debtor(s)

 Guillermo F. Geisse SBN: 269685
_____
Printed Name of Attorney for Debtor(s)

 Jacoby & Meyers Bankruptcy LLP
_____
Firm Name
 428 J Street
 Suite 420
 Sacramento, CA 95814
_____
Address

sacramento@maceybankruptcylaw.com
 888.303.0431  Fax: 916-444-8518
_____
Telephone Number

 February  1, 2013
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re    Harry Daryl Mims
         Tiffany Camelle Mims

Debtor(s)

Case No. _____

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Case 13-21458    Filed 02/01/13    Doc 1

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Harry Daryl Mims
                           Harry Daryl Mims

Date:    February  1, 2013

Certificate Number: 03088-CAE-CC-020013004



03088-CAE-CC-020013004

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 8, 2013</u>, at <u>9:15</u> o'clock <u>PM CST</u>, <u>Harry D Mims</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>January 8, 2013</u>          By:     <u>/s/Morgan L Quintana</u>

Name:   <u>Morgan L Quintana</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re    Harry Daryl Mims
         Tiffany Camelle Mims

Debtor(s)

Case No. _____

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Tiffany Camelle Mims

                                Tiffany Camelle Mims

Date:    February  1, 2013

Certificate Number: 03088-CAE-CC-020013006



03088-CAE-CC-020013006

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 8, 2013</u>, at <u>9:15</u> o'clock <u>PM CST</u>, <u>Tiffany C Mims</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:    <u>January 8, 2013</u>            By:    <u>/s/Morgan L Quintana</u>

Name:    <u>Morgan L Quintana</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**B6 Summary (Official Form 6 - Summary) (12/07)**

.

# United States Bankruptcy Court
### Eastern District of California

In re    Harry Daryl Mims,                  Case No. _____
         Tiffany Camelle Mims

_____ ,

                               Debtors           Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 15,552.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,230.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 57 | | 217,341.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,205.64 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,057.00 |
| Total Number of Sheets of ALL Schedules | | 70 | | | |
| Total Assets | | | 15,552.00 | | |
| Total Liabilities | | | | 219,571.96 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Eastern District of California

In re   Harry Daryl Mims,
        Tiffany Camelle Mims

                                  Debtors

Case No. _____

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,230.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 2,230.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,205.64 |
| Average Expenses (from Schedule J, Line 18) | 6,057.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,800.28 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 2,230.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 217,341.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 217,341.96 |

B6A (Official Form 6A) (12/07)

In re    Harry Daryl Mims,                                                      Case No. _____
         Tiffany Camelle Mims
                                                  ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    Harry Daryl Mims,                                         Case No. _____
         Tiffany Camelle Mims
                                                            ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking & Savings Account with Chase Bank | C | 300.00 |
| | | Checking & Savings Account with Wells Fargo | C | 2,000.00 |
| | | Checking account with MetaBank | H | 2.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous used household goods | C | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal used clothing | C | 500.00 |
| 7. Furs and jewelry. | | Miscellaneous costume jewelry | C | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Exercise Equipment | C | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Employer-provided term life insurance on Joint Debtor's life | C | 0.00 |
| | | No cash surrender value | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                    Sub-Total >        4,952.00
                                                              (Total of this page)

  __2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Harry Daryl Mims,                      Case No. _____
        Tiffany Camelle Mims

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2012 Anticipated Tax Refund | C | 4,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                          Sub-Total >         4,000.00
                                      (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Harry Daryl Mims,                                              Case No. _____
         Tiffany Camelle Mims

_____ ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Mazda MPV. 140,000 miles  Fair condition | C | 2,500.00 |
| | | 1991 Lexus LS400 with 198,000 miles  Fair Condition | C | 4,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 6,600.00 |
| Total > | 15,552.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re Harry Daryl Mims,
Tiffany Camelle Mims

Case No. _____

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking & Savings Account with Chase Bank | C.C.P. § 703.140(b)(5) | 300.00 | 300.00 |
| Checking & Savings Account with Wells Fargo | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| Checking account with MetaBank | C.C.P. § 703.140(b)(5) | 2.00 | 2.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous used household goods | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Personal used clothing | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous costume jewelry | C.C.P. § 703.140(b)(4) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Exercise Equipment | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2012 Anticipated Tax Refund | C.C.P. § 703.140(b)(5) | 4,000.00 | 4,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 Mazda MPV. 140,000 miles | C.C.P. § 703.140(b)(5) | 2,500.00 | 2,500.00 |
| Fair condition | | | |
| 1991 Lexus LS400 with 198,000 miles | C.C.P. § 703.140(b)(2) | 4,100.00 | 4,100.00 |
| Fair Condition | | | |
| | Total: | 15,552.00 | 15,552.00 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  Harry Daryl Mims,                                                   Case No. _____
        Tiffany Camelle Mims

                                                                    ,
                                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    Harry Daryl Mims,                                       Case No. _____

             Tiffany Camelle Mims

                                     Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        ___1___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Harry Daryl Mims,    Case No. _____
　　　　Tiffany Camelle Mims
　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx5001　　　　　　　　　　Commonwealth of Virginia　PO Box 2369　Richmond, VA 23218 | C | | Case #C0000543406 | | | | 230.00 | 0.00 | 230.00 |
| Account No.　　　　　　　　　　　　Internal Revenue Service　Bankruptcy　PO Box 7346　Philadelphia, PA 19101-7346 | C | | 2010　Income Taxes | | | | 2,000.00 | 0.00 | 2,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,230.00 | 0.00 / 2,230.00 |
| Total (Report on Summary of Schedules) | 2,230.00 | 0.00 / 2,230.00 |

B6F (Official Form 6F) (12/07)

In re    Harry Daryl Mims,
      Tiffany Camelle Mims,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8833 <br><br>Martin White O.D. <br>6110 Maplecrest Rd <br>Fort Wayne, IN 46835 | C | | | | | | 274.00 |
| Account No. <br><br>Aarons Furniture <br>4311 S Anthony Blvd <br>Fort Wayne, IN 46806 | C | | | | | | Unknown |
| Account No. <br><br>ACA International <br>2250 Boynton Ave <br>Fairfield, CA 94533 | C | | | | | | 600.00 |
| Account No. <br><br>Achieve Financial Services <br>4500 Salisbury Rd <br>Suite 340 <br>Jacksonville, FL 32216 | C | | | | | | Unknown |

_56_ continuation sheets attached

Subtotal (Total of this page)    874.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      S/N:20274-121221   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Harry Daryl Mims,
      Tiffany Camelle Mims

Case No. _____

                                  Debtors ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | | |
| Account No. xxxx8227<br><br>Advance America Cash Advance<br>1740 North Texas St<br>Fairfield, CA 94533 | C | | | | | Personal Loan | | | | 315.00 |
| Account No. xxxxxxxxxxxxx0003<br><br>Aes/ism<br>Aes/lsm<br>P.O. Box 8183<br>Harrisburg, PA 17105 | | H | | | | Opened 5/01/07 Last Active 9/30/12 Educational | | | | 4,935.00 |
| Account No. xxxxxxxxxxxxx0004<br><br>Aes/ism<br>Aes/lsm<br>P.O. Box 8183<br>Harrisburg, PA 17105 | | H | | | | Opened 5/01/07 Last Active 9/30/12 Educational | | | | 2,825.00 |
| Account No. xxxxxxxxxxxxx0002<br><br>Aes/ism<br>Aes/lsm<br>P.O. Box 8183<br>Harrisburg, PA 17105 | | H | | | | Opened 10/01/04 Last Active 7/01/06 Educational | | | | Unknown |
| Account No. xxxxxxxxxxxxx0001<br><br>Aes/ism<br>Aes/lsm<br>P.O. Box 8183<br>Harrisburg, PA 17105 | | H | | | | Opened 10/01/04 Last Active 7/01/06 Educational | | | | Unknown |

Sheet no. _1_ of _56_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,075.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx9250<br><br>Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701 | | W | Opened 11/01/07<br>CollectionAttorney Dish Network | | | | 650.00 |
| Account No. xxxxxx9632<br><br>Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701 | | W | Opened  3/01/12<br>CollectionAttorney Directv | | | | 97.00 |
| Account No. xxxxxxx1502<br><br>AFNI, Inc<br>PO Box 4115<br>Concord, CA 94524 | C | | Collections for Verizon Communications, Inc | | | | 418.00 |
| Account No. xxxxxxx2902<br><br>AFNI, Inc<br>1310 MLK Drive<br>Bloomington, IL 61702 | C | | Collections for Verizon, Inc | | | | 223.00 |
| Account No. xxxxxx6239<br><br>Afni, Inc.<br>Attn: Bankruptcy<br>Po Box 3097<br>Bloomington, IL 61702 | H | | Opened 10/01/09<br>FactoringCompanyAccount Tds Telecommunications Corp | | | | 390.00 |

Sheet no.  _2___ of  _56_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,778.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
      Tiffany Camelle Mims

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxx9056 | | | | Collections for Solano Gateway Medical Group | | | | |
| Alcoa Billing Center 3429 Regal Dr Alcoa, TN 37701 | C | | | | | | | 212.00 |
| Account No. | | | | | | | | |
| Allen County Public Library 900 Library Plaza Fort Wayne, IN | C | | | | | | | Unknown |
| Account No. xxxx0913 | | | | Collections for Target | | | | |
| Alliance One 4850 Street Road, Ste 300 Feasterville Trevose, PA 19053 | C | | | | | | | 850.00 |
| Account No. | | | | | | | | |
| Alliance One 7311 Quality Circle Dr. Anderson, IN 46013 | C | | | | | | | Unknown |
| Account No. xxxxx4629 | | | | Collections for Capital One | | | | |
| Allied Interstate 3000 Corporate Exchange Dr. 5th Floor Columbus, OH 43231 | C | | | | | | | 765.00 |

Sheet no. __3__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,827.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx5414 | | | | | Collections for Direct TV | | | | |
| Allied Interstate PO Box 6123 Carol Stream, IL 60197 | | | C | | | | | | 98.00 |
| Account No. xxxx8703 | | | | | Collections for American Electric Power | | | | |
| Allied Interstate Collection Agency 3200 Northline Ave Suite 160 Greensboro, NC 27408 | | | C | | | | | | 110.00 |
| Account No. xxxxxxxx & xxxxI000 | | | | | | | | | |
| Alpha Medical Clinic 401 South Main St Suite A-4 Alpharetta, GA 30004 | | | C | | | | | | 600.00 |
| Account No. xxxxxx6942 | | | | | Collections for Quest Diagnostics | | | | |
| AMAA American Medical Collection Agency 2269 S Saw Mill River Rd Building 3 Elmsford, NY 10523 | | | C | | | | | | 263.00 |
| Account No. xxxxxxx2823 | | | | | | | | | |
| American Family Insurance Group 6000 American Parkway Madison, WI 53783 | | | C | | | | | | 180.00 |

Sheet no. __4__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,251.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxx9774 | | | | | | | | | |
| Ameripath Ft. Myers PO Box 404938 Atlanta, GA 30384 | C | | | | | | | | 200.00 |
| Account No. xxxx-xxxx-xxxx-2161 | | | | | Collections for Cortrust Bank | | | | |
| ARM PO Box 129 Thorofare, NJ 08086 | C | | | | | | | | 541.00 |
| Account No. x9606 | | | | | | | | | |
| Assoc Anes of Fort Wayne PO Box 633260 Cincinnati, OH 45263 | C | | | | | | | | 450.00 |
| Account No. xx6848 | | | | | | | | | |
| Assoc Family Med Consulta 6400 Rothman Rd Fort Wayne, IN 46835 | C | | | | | | | | 15.00 |
| Account No. xxxx4876 | | | | | Collections for Capital One | | | | |
| Associated Recovery Systems PO Box 469046 Escondido, CA 92046 | C | | | | | | | | 1,255.00 |

Sheet no. __5___ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            2,461.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxx0634 | | | | | | | | |
| AT&T Payment Center Sacramento, CA 95887 | C | | | | | | | 200.00 |
| Account No. x1812 | | | | | | | | |
| Atlanta Neurology PC 993 F Johnson Ferry N Suite 120 Atlanta, GA 30342 | C | | | | | | | 390.00 |
| Account No. | | | | | | | | |
| Auto Bahn Insurance 630 Orange Dr #D Vacaville, CA 95687 | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Auto Credit USA 100 W Coliseum Blvd Fort Wayne, IN 46805 | C | | | | | | | Unknown |
| Account No. xxxxxx1354 | | | | | | | | |
| Bank of America PO Box 37176 San Francisco, CA 94137 | C | | | | | | | 255.00 |

Sheet no. _6_ of _56_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

845.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | J | C | | | | | |
| **Account No.** | | | | | | | | | |
| Bank of America 2400 N Texas St Fairfield, CA 94533 | C | | | | | | | | Unknown |
| **Account No.** xx1858 | | | | | | | | | |
| Bath County Community Hospital PO Drawer Z Hot Springs, VA 24445 | C | | | | | | | | 285.00 |
| **Account No.** | | | | | Collections for T-Mobile | | | | |
| Bay Area Credit Service, LLC 50 Airport Parkway, Ste 100 San Jose, CA 95110 | C | | | | | | | | Unknown |
| **Account No.** xxxxxxxx6830 | | | | | Collections for Sutter Fairfield Diagnostics Imaging Center | | | | |
| Bay Pathology Medical Group PO Box 31455 Walnut Creek, CA 94598 | C | | | | | | | | 1,260.00 |
| **Account No.** | | | | | | | | | |
| Blockbuster 1201 Elm St Dallas, TX 75270 | C | | | | | | | | Unknown |

Sheet no. __7___ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,545.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx7530<br><br>Brent D. Stamps, Attorney at Law<br>PO Box 2387<br>Norcross, GA 30093 | | C | Collections for Northside Hospital Cherokee | | | | 4,500.00 |
| Account No.<br><br>Broad Street Financial<br>PO Box 6870<br>Columbus, OH 43205 | | C | Collections for Fritsche Corporation | | | | 1,170.31 |
| Account No.<br><br>Business & Professionals, Inc<br>2200 Lake Ave<br>Suite 230<br>Fort Wayne, IN 46805 | | C | Collections for Keith Yoder DDS | | | | 16.00 |
| Account No.<br><br>California Check Cashing<br>1200 N Texas<br>Fairfield, CA | | C | | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-3030<br><br>Capital One<br>PO Box 71083<br>Charlotte, NC 28272 | | C | | | | | Unknown |

Sheet no. __8__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,686.31

B6F (Official Form 6F) (12/07) - Cont.

In re   Harry Daryl Mims,
      Tiffany Camelle Mims

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 5178057237993030 | | | | |
| Capital One PO Box 60599 City of Industry, CA 91716 | C | | | | | | | | Unknown |
| Account No. xxxxxxxxxxxx1001 | | | | | Opened 8/01/06 Last Active 7/22/10 Automobile | | | | |
| Capital One Auto Finance 3905 N Dallas Pkwy Plano, TX 75093 | | W | | | | | | | 11,269.00 |
| Account No. xxxxxxxxxxxx1001 | | | | | Opened 4/01/05 Last Active 1/28/09 Automobile | | | | |
| Capital One Auto Finance 3905 N Dallas Pkwy Plano, TX 75093 | | W | | | | | | | 9,172.00 |
| Account No. xxxxxxxxxxxx2694 | | | | | Opened 5/01/04 Last Active 11/14/08 CreditCard | | | | |
| Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | W | | | | | | | 1,566.00 |
| Account No. xxxxxx2549 | | | | | Collections for American Electric Power - Columbus | | | | |
| Capital Recovery Service LLC PO Box 8700 Jacksonville, FL 32239 | C | | | | | | | | 110.00 |

Sheet no. __9___ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,117.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
       Tiffany Camelle Mims

Case No. _____

                                           Debtors  ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cash One 1070 N Texas St Fairfield, CA 94533 | | C | | | | | Unknown |
| Account No. xxxxxxxxxxxx2815 | | | Opened 7/01/09 CollectionAttorney City Of Suisun-Fin/Water Dept | | | | |
| Cbassociates Po Box 150 Fairfield, CA 94533 | | H | | | | | 157.00 |
| Account No. xxxxxxxxxxxx5067 | | | Opened 8/01/12 CollectionAttorney Windsmile/L.R.Gaerlan Dmd | | | | |
| Cbassociates Po Box 150 Fairfield, CA 94533 | | C | | | | | 88.00 |
| Account No. xxxxxxxxxxxxxxxx0476 | | | MR #1472243 | | | | |
| CBCS PO Box 165025 Columbus, OH 43216-5025 | | C | | | | | 90.00 |
| Account No. xxxxxx4435 | | | Collections for Columbia Gas Acct #168876810010003 | | | | |
| CBCS PO Box 69 Columbus, OH 43216 | | C | | | | | 178.00 |

Sheet no. __10__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

513.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxx5417 | | | | | Collections for NIPSCO-Nisource | | | | |
| CBCS PO Box 163250 Columbus, OH 43216-5025 | | C | | | | | | | 85.00 |
| Account No. xxxxx5414 | | | | | Collections for Direct TV, Ref #0361 | | | | |
| CBE Group PO Box 2635 Waterloo, IA 50704 | | C | | | | | | | 98.00 |
| Account No. xxxxxxxxxxx2161 | | | | | Opened 11/01/07  Last Active  2/09/09 CreditCard | | | | |
| Ccs/cortrust Bank 500 E 60th St N Sioux Falls, SD 57104 | | | W | | | | | | 540.00 |
| Account No. xxxxxx1723 | | | | | Opened  6/01/10 CollectionAttorney North Fulton Hospital    342 | | | | |
| Central Finl Control Po Box 66051 Anaheim, CA 92816 | | | H | | | | | | 626.00 |
| Account No. xxxxxx8291 | | | | | Opened  7/01/10 CollectionAttorney North Fulton Hospital    342 | | | | |
| Central Finl Control Po Box 66051 Anaheim, CA 92816 | | | W | | | | | | 625.00 |

Sheet no. __11__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,974.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Harry Daryl Mims,                                                   Case No. _____
          Tiffany Camelle Mims
                                                                        ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx1750 <br><br> Central Finl Control <br> Po Box 66051 <br> Anaheim, CA 92816 | H | | | | Opened 6/01/10 <br> CollectionAttorney North Fulton Hospital     342 | | | | 285.00 |
| Account No. xxxxxx1741 <br><br> Central Finl Control <br> Po Box 66051 <br> Anaheim, CA 92816 | H | | | | Opened 6/01/10 <br> CollectionAttorney North Fulton Hospital     342 | | | | 285.00 |
| Account No. xxxxxx0711 <br><br> Central Finl Control <br> Po Box 66051 <br> Anaheim, CA 92816 | H | | | | Opened 6/01/10 <br> CollectionAttorney North Fulton Hospital     342 | | | | 285.00 |
| Account No. <br><br> Centrix Financial Control <br> PO Box 830913 <br> Birmingham, AL 35283 | C | | | | Collections for North Fulton Hospital Acct #018311209, 018311175, 018311225, & 018311183 | | | | 1,316.00 |
| Account No. <br><br> Check Into Cash Store #09025 <br> 104-B Sunset Ave <br> Suisun City, CA 94585 | C | | | | | | | | 225.00 |

Sheet no. __12__ of __56__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)      2,396.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

                                                    ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | C | | | | | | | |
| Check N Go 2125 N Texas Fairfield, CA | | | | | | | | Unknown |
| Account No. xxxxxxxxxxxxxxxxxxx0406 | | H | | Opened 4/01/09 Last Active 9/30/12 Educational | | | | |
| Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | | | | 7,304.00 |
| Account No. xxxxxxxxxxxxxxxxxxx0406 | | H | | Opened 4/01/09 Last Active 9/30/12 Educational | | | | |
| Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | | | | 3,500.00 |
| Account No. xxxxxxxxxxxxxxxxxxx0102 | | W | | Opened 1/01/03 Last Active 9/03/12 Educational | | | | |
| Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | | | | 3,295.00 |
| Account No. xxxxxxxxxxxxxxxxxxx0428 | | W | | Opened 4/01/04 Last Active 9/03/12 Educational | | | | |
| Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | | | | 2,669.00 |

Sheet no. __13__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        16,768.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                                    Case No. _____
         Tiffany Camelle Mims
                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxxxxxxxx0716 | | | | Opened  7/01/03  Last Active  9/03/12 Educational | | | | |
| Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | | 2,319.00 |
| Account No. xxxxxxxxxxxxxxxxxx0102 | | | | Opened  1/01/03  Last Active  9/03/12 Educational | | | | |
| Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | | 1,557.00 |
| Account No. xxxxxxxxxxxxxxxxxx0428 | | | | Opened  4/01/04  Last Active  9/03/12 Educational | | | | |
| Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | | 1,430.00 |
| Account No. xxxxx4498 | | | | | | | | |
| Cherokee County Water & Seweage Authorit PO Box 5000 Canton, GA 30114 | | C | | | | | | Unknown |
| Account No. xxxxx0551 | | | | MR# 1472243 | | | | |
| Childrens Hospital Patient Accounts 700 Children Dr Columbus, OH 43205 | | C | | | | | | 145.00 |

Sheet no. __14__ of __56__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          5,451.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0920 <br><br> Citibank <br> Attn: Centralized Bankruptcy <br> Po Box 20363 <br> Kansas City, MO 64195 | | H | Opened 4/01/09 Last Active 7/31/11 <br> Educational | | | | Unknown |
| Account No. xxxxxxx0921 <br><br> Citibank <br> Attn: Centralized Bankruptcy <br> Po Box 20363 <br> Kansas City, MO 64195 | | H | Opened 4/01/09 Last Active 7/31/11 <br> Educational | | | | Unknown |
| Account No. xxxxxxxxxx0001 <br><br> City of Suisun <br> 701 Civic Center Blvd <br> Suisun City, CA 94585 | | C | | | | | 132.00 |
| Account No. xxxxxx3913 <br><br> CMI <br> 4200 International Parkway <br> Carrollton, TX 75007 | | C | Collections for Comcast | | | | 286.00 |
| Account No. xxxxxx7489 <br><br> CMI Credit Management LP <br> PO Box 118288 <br> Carrollton, TX 75011 | | C | Collections for Comcast | | | | 211.00 |

Sheet no. __15__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

629.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
       Tiffany Camelle Mims

Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx8984  Coast 2 Coast Financia 101 Hodencamp Rd Ste 120 Thousand Oaks, CA 91360 | | W | | Opened  8/01/09 CollectionAttorney Solano Garbage Company | | | | 201.00 |
| Account No. xxxxx0353  Collection Company of America 700 Longwater Dr Norwell, MA 02061 | | C | | Collections for AT&T Acct #6148782771171 | | | | 80.00 |
| Account No.  Collection Service Center Inc PO Box 68 Altoona, PA 16603 | | C | | Collections for Integrity Physical Therapy | | | | 850.00 |
| Account No. xxxxxx5390  Collection Systems Consumer Service Dept PO Box 4157 Woodland Hills, CA 91365 | | C | | Collections for Verizon Acct #2604563655050429 | | | | 29.00 |
| Account No. xx2305  Collectron Of Atlanta/Carter-Young Attention: Bankruptcy P.O. Box 82269 Conyers, GA 30013 | | H | | Opened  4/01/10 CollectionAttorney Roswell Radiology Associates | | | | 93.00 |

Sheet no. __16__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,253.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx1589 | | | | | | | |
| Comcast PO box 34227 Seattle, WA 98124 | | C | | | | | 425.00 |
| Account No. xxxxxxxxxxx6999 | | | | | | | |
| Comcast PO box 34227 Seattle, WA 98124 | | C | | | | | 225.00 |
| Account No. xxxxxxxxx0190 | | | | | | | |
| Comcast 720 Taylor St Fort Wayne, IN 46802 | | C | | | | | 285.00 |
| Account No. xxxxxxxxx3036 | | | | | | | |
| Comcast Cable-Dover PO Box 3005 Southeastern, PA 19398 | | C | | | | | 188.00 |
| Account No. xxxx223A | | | Collections for Lee Memorial Health System | | | | |
| Computer Credit, Inc. P.O. Box 5238 640 W. 4th St. Claim Dept 071360 Winston Salem, NC 27113-5238 | | C | | | | | 50.00 |

Sheet no. __17__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,173.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx1652<br><br>Contra Costa Times<br>PO Box 5501<br>Walnut Creek, CA 94596 | | C | | | | | 4.00 |
| Account No.<br><br>Cortrust Bank<br>PO box 5431<br>Sioux Falls, SD 57117 | | C | | | | | 353.00 |
| Account No.<br><br>Covington Tire Company Inc<br>1015 S Monroe Ave<br>Covington, VA 24426 | | C | | | | | 158.00 |
| Account No. xxxxxxx6901<br><br>Cox Communications<br>12221 Plaza Dr<br>Cleveland, OH 44130 | | C | | | | | 112.00 |
| Account No. xxxxxxxxxxx6901<br><br>Cox Communications<br>PO Box 9001817<br>Louisville, KY 40290 | | C | | | | | 137.00 |

Sheet no. __18__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

764.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxx5815 | | | | Collections for Comcast | | | | |
| CPA PO Box 802068 Dallas, TX 75380-2068 | C | | | | | | | 240.00 |
| Account No. xxxxxxx5938 | | | | Collections for Comcast | | | | |
| CPA PO Box 802068 Dallas, TX 75380-2068 | C | | | | | | | 151.00 |
| Account No. xxxxxx67MO | | | | Collections for Windsmile Family Dental | | | | |
| Credit Bureau Services 460 Union Ave Suite C Fairfield, CA 94533 | C | | | | | | | 83.00 |
| Account No. xxxxxxx3369 | | | | | | | | |
| Credit Collections Services 2 Wells Ave. Dept. AMFA Newton Center, MA 02459 | C | | | | | | | Unknown |
| Account No. xxxxxxx4391 | | | | Collections for Quest Diagnostics | | | | |
| Credit Collections Services 2 Wells Ave. Dept. 587 Newton Center, MA 02459 | C | | | | | | | 263.00 |

Sheet no. __19__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

737.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Harry Daryl Mims,                                          Case No. _____
        Tiffany Camelle Mims
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Collections for Comcast | | | | |
| Credit Protection PO Box 9037 Addison, TX 75001 | C | | | | | | | 38.00 |
| Account No. xxxxxxxxxxxxxx0300 | | | | | | | | |
| Credit Protection Association PO Box 9037 Addison, TX 75001 | C | | | | | | | 93.00 |
| Account No. xxxxxxx5815 | | | | Collections for Comcast | | | | |
| Credit Protection Association, L.P. 13355 Noel Rd Dallas, TX 75240 | C | | | | | | | Unknown |
| Account No. xx4737 | | | | Collections for WVVA Health Care Alliance | | | | |
| Creditors Collection Service PO Box 21504 Roanoke, VA 24018 | C | | | | | | | 152.00 |
| Account No. xx0161 | | | | | | | | |
| David Scott Lipps, DDS Inc 423 Worthington Ave Cincinnati, OH 45215 | C | | | | | | | 20.00 |

Sheet no. __20__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            303.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Delmar Video 5311 Merchandise Dr Fort Wayne, IN 46825 | | C | | | | | | Unknown |
| Account No. xxxxxx9444 | | | | FOr National American University | | | | |
| Delta Management Associates 100 Everret Suite 6 PO box 9191 Chelsea, MA 02150 | | C | | | | | | 878.89 |
| Account No. xx5635 | | | | | | | | |
| Dentistry for Children of Woodstock LLC PO Box 195 Woodstock, GA 30188 | | C | | | | | | 359.00 |
| Account No. xx9341 | | | | Collections for Lee Memorial Health Systems ER | | | | |
| DirecManagement, Inc PO Box 16243 Mobile, AL 36616 | | C | | | | | | 136.00 |
| Account No. xxxx5414 | | | | | | | | |
| Directv PO Box 78626 Phoenix, AZ 85062-8626 | | C | | | | | | 49.00 |

Sheet no. __21__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,422.89

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,    Case No. _____
         Tiffany Camelle Mims
                                                              ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | C | | | | | |
| Dish Network Dept. 0063 Palatine, IL 60055 | | | | | | | Unknown |
| Account No. xxxxxxx4956 | | C | Collections for Commonwealth of Virginia | | | | |
| Diversified Collection Services, Inc PO Box 9057 Pleasanton, CA 94566 | | | | | | | 71.00 |
| Account No. xx7112 | | C | Collections for David Scott Lipps | | | | |
| Diversified Services, Inc. PO Box 80185 Phoenix, AZ 85060 | | | | | | | 91.00 |
| Account No. 5227 | | C | | | | | |
| Dr Eady Family Dentistry PC 4646 W Jefferson Blvd Suite 140 Fort Wayne, IN 46804 | | | | | | | 300.00 |
| Account No. xxxxxxxx7520 | | W | Opened 12/01/07  Last Active  1/30/08 ChargeAccount | | | | |
| Dsnb Macys Po Box 8218 Mason, OH 45040 | | | | | | | 302.00 |

Sheet no. __22__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          764.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

                                    Debtors
                                            ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx0552, xxx0553, & xxx0562 | | | | | | | |
| Durham and Durham Attorney at Law PO Box 8403 Dept 8403 Oaks, PA 19456 | C | | | | | | 1,081.00 |
| Account No. xxxxxxxx & xxxxl000 | | | | | | | |
| East Kemper Chiropractice 11570 Lippelman Rd Cincinnati, OH 45246 | C | | | | | | 500.00 |
| Account No. x0692 | | | Covington Tire Company Inc | | | | |
| Eastern Rev Pob 7036 Audubon, PA 19407 | W | | | | | | 157.00 |
| Account No. xx0535 | | | Collections for Covington Tire | | | | |
| Eastern Revenue PO Box 7036 Audubon, PA 19407 | C | | | | | | 158.00 |
| Account No. xxxxx0318 | | | | | | | |
| Emergency Medicine of Indiana PC PO Box 11849 Fort Wayne, IN 46861 | C | | | | | | 19.00 |

Sheet no. __23__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,915.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
      Tiffany Camelle Mims

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3876 | | | | | | | |
| EMP of Franklin County LTD PO Box 714186 Columbus, OH 43271 | C | | | | | | 190.00 |
| Account No. xxxx3397 | | | Collections for Verizon Wireless | | | | |
| Enhanced Recovery Company LLC 8014 Bayberry Rd Jacksonville, FL 32256 | C | | | | | | 1,820.00 |
| Account No. xxxxA000 | | | | | | | |
| Estero Island Medical Center 6875 Estero Blvd Fort Myers Beach, FL 33931 | C | | | | | | 9.00 |
| Account No. xxx5952 | | | Opened 4/01/07 CollectionAttorney Warner Cable | | | | |
| Ffcc-columbus Inc Po Box 20790 Columbus, OH 43220 | W | | | | | | 79.00 |
| Account No. xxx5261 | | | Collections for Soar Physical Therapy | | | | |
| Fidelity Information Corporation PO Box 49938 Los Angeles, CA 90049 | C | | | | | | 242.00 |

Sheet no. __24__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,340.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

         Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx2066  Finance America Corp  Po Box 9700  Boulder, CO 80301 | C | | Opened 5/01/08 Last Active 11/17/08  InstallmentSalesContract | | | | 2,101.00 |
| Account No. xxx8271  First Federal Credit C  24700 Chagrin Blvd Ste 2  Cleveland, OH 44122 | | W | Opened 12/01/07  CollectionAttorney Strathman M.D. | | | | 60.00 |
| Account No. xx5690  First National Bank  302 Market St SE  Roanoke, VA 24011 | C | | | | | | 3.00 |
| Account No. 0631  First National Credit Card  Po box 5097  Sioux Falls, SD 57117 | C | | | | | | 1,005.00 |
| Account No. xxx7765  Fresn Cb Col  757 L Street  Fresno, CA 93721 | | W | Med1 02 Bay Imaging Consultants Med | | | | 1,252.00 |

Sheet no. __25__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,421.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
      Tiffany Camelle Mims

Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx7765 <br><br> Fresno Credit Bureau <br> 757 L Street <br> Fresno, CA 93714 | C | | Collections for Bay Imaging Consultants | | | | 1,340.00 |
| Account No. 5331 <br><br> Frische Corporation/Cherry Hills Gardens <br> 6245 Sunderland Dr <br> Columbus, OH 43229 | C | | | | | | 6,030.00 |
| Account No. xxxxx5509 <br><br> GA Dept of Labor <br> 148 International Blvd NE <br> Atlanta, GA 30303 | C | | | | | | 300.00 |
| Account No. <br><br> Georgetown Video <br> 6511 E State Blvd <br> Fort Wayne, IN 46815 | C | | | | | | Unknown |
| Account No. xxxxx3003 <br><br> Grant & Weber <br> Po Box 8669 <br> Calabasas, CA 91372 | W | | Opened  8/01/08 <br> CollectionAttorney Path Logic Inc. | | | | 73.00 |
| Sheet no. \_26\_ of \_56\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | 7,743.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                                      Case No. _____
         Tiffany Camelle Mims
                                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx1617 | | | | | | | | |
| Gulf Coast Hospital PO Box 99400 Louisville, KY 40269 | C | | | | | | | 1,600.00 |
| Account No. xxx7607 | | | | Med1 02 Atlanta Neurology | | | | |
| Hollis Cobb 4366 Park Drive Norcross, GA 30093 | | W | | | | | | 390.00 |
| Account No. | | | | | | | | |
| Hollywood Videa 9275 SW Peyton Ln Wilsonville, OR 97070 | C | | | | | | | Unknown |
| Account No. xxxxxxxxxxxxxx8594 | | | | | | | | |
| HRRG PO Box 189053 Fort Lauderdale, FL 33318 | C | | | | | | | 212.00 |
| Account No. xx4369 | | | | Collections for Finance America | | | | |
| ICS Imperial Credit Systems, Inc 125 N Parkside Dr Suite 302 Colorado Springs, CO 80909 | C | | | | | | | Unknown |

Sheet no. __27__ of __56__ sheets attached to Schedule of          Subtotal                    2,202.00
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,    Case No. _____
         Tiffany Camelle Mims

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx7215<br><br>Indiana Michigan Power<br>PO Box 24411<br>Canton, OH 44701 | C | | | | | | | 70.00 |
| Account No. xx0907<br><br>Interstate Collections<br>60 E Claybourne Ave<br>Salt Lake City, UT 84165 | C | | | Collections for San Francisco Chronicle | | | | 12.00 |
| Account No.<br><br>IPFW<br>2101 Coliseum Blvd E<br>Fort Wayne, IN 46835 | C | | | | | | | Unknown |
| Account No. xxxxxxxxxxxxx0001<br><br>Ism/fedassoc<br>251 N Illinois Suite 400<br>Indianapolis, IN 46204 | H | | | Opened 10/01/04  Last Active  1/01/06<br>Educational | | | | Unknown |
| Account No. xxxxxxxxxxxxx0002<br><br>Ism/fedassoc<br>251 N Illinois Suite 400<br>Indianapolis, IN 46204 | H | | | Opened 10/01/04  Last Active  1/01/06<br>Educational | | | | Unknown |

Sheet no. __28__ of __56__ sheets attached to Schedule of    Subtotal    82.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  Harry Daryl Mims,
       Tiffany Camelle Mims

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ivy Tech 3800 N Anthony Blvd Fort Wayne, IN 46805 | C | | | | | | | Unknown |
| Account No. xxxxxxx5341 | | | | | | | | |
| JC Penney PO Box 960090 Orlando, FL 32896-0001 | C | | | | | | | Unknown |
| Account No. xxxxxxxx & xIMTA | | | | | | | | |
| Jefferson Park Pediatrics PC 3919 W Jefferson Blvd Suite 1 Fort Wayne, IN 46804 | C | | | | | | | 30.00 |
| Account No. xxxxx7254 | | | | | | | | |
| Kaiser Permanente PO Box 74929 Los Angeles, CA 90004 | C | | | | | | | 91.00 |
| Account No. xxxxxx3421 | | | | | | | | |
| Kay Jewelers PO Box 1799 Akron, OH 44309 | C | | | | | | | 635.00 |

Sheet no. __29__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  756.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                    Case No. _____
         Tiffany Camelle Mims

                                    ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxx1 TCB | | | | Opened 10/01/11 CollectionAttorney No Cal Duplexes | | | | |
| Kimballtirey 7676 Hazarh Center Suite 900c San Diego, CA 92109 | | W | | | | | | 1,757.00 |
| Account No. | | | | | | | | |
| Krogers 1014 Vine St Cincinnati, OH 45202 | | C | | | | | | Unknown |
| Account No. | | | | Collections for Capital One Auto Finance | | | | |
| Law Office of James A West PC 6380 Rogerdale Rd Suite 130 Houston, TX 77072 | | C | | | | | | 0.00 |
| Account No. xxxxxx4111 | | | | Collections for T-Mobile | | | | |
| Law Office of Mitchell N. Kay, P.C. 7 Penn Plaza New York, NY 10001 | | C | | | | | | 209.00 |
| Account No. | | | | | | | | |
| LeBrato Law Offices 6424 Bluffton Rd Fort Wayne, IN 46809 | | C | | | | | | 305.00 |

Sheet no. __30__ of __56__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)          2,271.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Harry Daryl Mims,                                              Case No. _____
        Tiffany Camelle Mims
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx7301 | | | | | | | |
| Lee County BOCC-EMS PO Box 552059 Tampa, FL 33655 | | C | | | | | 454.00 |
| Account No. xxx2223 | | | Medical Services | | | | |
| Lee Memorial Health System PO Box 150107 Cape Coral, FL 33915 | | C | | | | | 50.00 |
| Account No. xxxxx1311 | | | | | | | |
| Lee Memorial Health Systems ER PO Box 2147 Fort Myers, FL 33902 | | C | | | | | 136.00 |
| Account No. xx9708 | | | Collections for Capital One Acct #5178057310642694 | | | | |
| Legal Recovery Law Offices PO Box 84060 San Diego, CA 92138-4060 | | C | | | | | 1,430.00 |
| Account No. xx5454 | | | | | | | |
| Lewis Operating Corp. 1156 N. Mountain Ave. PO Box 670 Upland, CA 91785 | | C | | | | | 1,760.00 |

Sheet no. __31__ of __56__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)         3,830.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx0378 | | | | Opened 11/01/11 FactoringCompanyAccount Capital Card Services | | | | |
| Lhr Inc 56 Main St Hamburg, NY 14075 | | W | | | | | | |
| | | | | | | | | 1,454.00 |
| Account No. xxx-xxx-1104 | | | | | | | | |
| Liberty Mills 6101 Horn Wallace Dr Fort Wayne, IN 46804 | | C | | | | | | |
| | | | | | | | | 1,160.80 |
| Account No. xxx-xxx-1256 | | | | 4504668297520 | | | | |
| Macy's P.O. Box 8117 Mason, OH 45040 | | C | | | | | | |
| | | | | | | | | 199.35 |
| Account No. xxxx05N1 | | | | Opened 10/01/08 CollectionAttorney Scs Credit Corp | | | | |
| Madison Ave Assoc 4000 E 96th St Ste 120 Indianapolis, IN 46240 | | H | | | | | | |
| | | | | | | | | 4,914.00 |
| Account No. xxxxxx3689 | | | | | | | | |
| Massage Envy 885 Woodstock Rd Roswell, GA 30075 | | C | | | | | | |
| | | | | | | | | Unknown |

Sheet no.  _32_  of  _56_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,728.15

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                                          Case No. _____
         Tiffany Camelle Mims

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx6699 <br><br> MCM <br> P.O. Box 603 <br> Dept 12421 <br> Oaks, PA 19456 | | C | | Collections for HSBC Bank Nevada NA | | | | 1,220.00 |
| Account No. xxxxx2678 <br><br> MCM <br> PO Box 939019 <br> San Diego, CA 92193 | | C | | Collections for National City Bank | | | | 211.00 |
| Account No. xxxxxx0051 <br><br> MCM <br> P.O. Box 603 <br> Dept 12421 <br> Oaks, PA 19456 | | C | | Collections for Target | | | | 850.00 |
| Account No. xxxxxx4381 <br><br> Medical & Dental Business Bureau <br> 333 E. Washington Blvd <br> PO Box 11285 <br> Fort Wayne, IN 46857-1285 | | C | | | | | | 80.00 |
| Account No. <br><br> Medicredit, Inc <br> PO Box 410917 <br> Saint Louis, MO 63141 | | C | | | | | | Unknown |

Sheet no. __33__ of __56__ sheets attached to Schedule of       Subtotal       2,361.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Harry Daryl Mims,                                    Case No. _____
        Tiffany Camelle Mims

                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx6699<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | W | | Opened 8/01/10 FactoringCompanyAccount Hsbc Bank Nevada N.A. | | | | 1,329.00 |
| Account No. xxxxxx0051<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | W | | Opened 8/01/11 FactoringCompanyAccount Target National Bank | | | | 1,008.00 |
| Account No. xxxxxxx-xxxxxxx259P<br><br>MKS Financial Services, Inc<br>701 S Industrial Blvd<br>Suite 110<br>Euless, TX 76040 | | C | | Collections for Cash One | | | | 235.00 |
| Account No.<br><br>Money Mart<br>1781 N Texas St<br>Fairfield, CA 94533 | | C | | | | | | Unknown |
| Account No.<br><br>N Fulton Emergency Physicians<br>PO Box 5518<br>Athens, GA 30604 | | C | | Medical Bill Acct #80711, 81091, 80712, 80722, & 80713 | | | | 1,700.00 |

Sheet no. __34__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         4,272.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Harry Daryl Mims,
       Tiffany Camelle Mims

Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx & xxxxx1407 | | | | | | | |
| National City 6302 E State Blvd Fort Wayne, IN 46815 | | C | | | | | Unknown |
| Account No. xxxxxxxxxx & xxxxx1407 | | | | | | | |
| National City Loss Prevention 400 W Fourth St Royal Oak, MI 48067 | | C | | | | | 230.00 |
| Account No. xxxxxx3421 | | | Collections for Sterling Jewelers | | | | |
| Nations Recovery Center, Inc. 6491 Peachtree Industrial Blvd. Atlanta, GA 30360 | | C | | | | | 635.00 |
| Account No. xxxxx0036 | | | Opened 4/18/09 Last Active 1/12/11 Educational | | | | |
| Natl Amer Un Pob 1780 Rapid City, SD 57709 | | W | | | | | 3,190.00 |
| Account No. | | | Collections for Gulf Coast Hospital | | | | |
| NCO Financial Services 9009 Corporate Lakes Dr Suite 300-BD Tampa, FL 33634 | | C | | | | | Unknown |

Sheet no. _35_ of _56_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,055.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> NCO Financial Systems <br> PO Box 61247, Dept 64 <br> Virginia Beach, VA 23466 | C | | | | Collections for Capital One | | | | 680.00 |
| Account No. xxxxxx4141 <br><br> NCO Financial Systems <br> PO Box 15740 <br> Wilmington, DE 19850 | C | | | | Collections for PG&E | | | | 268.00 |
| Account No. xxxxxxxxxx0003 <br><br> NCO Financial Systems, Inc <br> 507 Prudential Road <br> Horsham, PA 19044 | C | | | | Collections for Columbus Gas of Ohio | | | | 178.00 |
| Account No. xx3614 <br><br> NCO Financial Systems, Inc <br> 507 Prudential Road <br> Horsham, PA 19044 | C | | | | Collections for Solano Gateway Medical Group | | | | 212.00 |
| Account No. xxxx6647 <br><br> Neighborhood Health Clinics <br> PO Box 11949 <br> Fort Wayne, IN 46862 | C | | | | | | | | 38.00 |

Sheet no. __36__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,376.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0046 | | | | | | | |
| Nipsco P.O. Box 13007 Merrillville, IN 46411 | | C | | | | | 52.00 |
| Account No. x5468 | | | Medical Bill | | | | |
| Northbay Healthcare Group PO Box 39000 Dept 05221 San Francisco, CA 94139 | | C | | | | | 1,381.00 |
| Account No. xxxxxx2654 | | | For Macys | | | | |
| Northland Group PO Box 390846 Minneapolis, MN 55439 | | C | | | | | 301.62 |
| Account No. xxxxx6654 | | | Collections for JC Penney | | | | |
| Northland Group Inc PO Box 390846 Minneapolis, MN 55439 | | C | | | | | 350.00 |
| Account No. xxxxx9658 | | | Collections for Target | | | | |
| Northland Group, Inc PO Box 390846 Minneapolis, MN 55439 | | C | | | | | 850.00 |

Sheet no. __37__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,934.62

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,    Case No. _____
         Tiffany Camelle Mims

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0134 | | | Medical Bill | | | | |
| Northside Hospital Cherokee 1100 Johnson Ferry Rd Suite 780 Atlanta, GA 30342 | C | | | | | | 4,008.00 |
| Account No. xxxxxxx0134 | | | Medical Bill | | | | |
| Northside Radiology Associates, PC PO Box 100015 Kennesaw, GA 30156 | C | | | | | | 330.00 |
| Account No. | | | Collections for Capital One Auto Finance | | | | |
| Northstar Location Services, LLC 4285 Genesee Street Buffalo, NY 14225-1943 | C | | | | | | Unknown |
| Account No. xxxxxx0504 | | | | | | | |
| Ohio Health Doctor's Hospital PO Box 951462 Cleveland, OH 44193 | C | | | | | | 303.00 |
| Account No. xxxxxx2250 | | | Medical Bill | | | | |
| Ohio Health Riverside Methodist Hospital 3535 Olentangy River Rd Columbus, OH 43214 | C | | | | | | 1,900.00 |

Sheet no. __38__ of __56__ sheets attached to Schedule of     Subtotal     6,541.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx2724 | | | | For Macys | | | | |
| OMS PO Box 1991 Southgate, MI 48195 | C | | | | | | | 301.62 |
| Account No. xxxx-xxxx-xxxx-9621 | | | | | | | | |
| Orchard Bank PO Box 60102 City Of Industry, CA 91716 | C | | | | | | | 1,030.00 |
| Account No. xxx0777 | | | | | | | | |
| Orthopaedics Northeast, PC 5050 N Clinton St Fort Wayne, IN 46825 | C | | | | | | | 70.00 |
| Account No. xxxxxxxxx2223 | | | | Collections for Lee Memorial Hospital | | | | |
| OSI Collection Services P.O. Box 3900 Lakeland, FL 33802 | C | | | | | | | 50.00 |
| Account No. xxxxxxxxxxxx3534 | | | | 12 Ge Money Bank Jc Penney Consu | | | | |
| Paragonway Po Box 92109 Austin, TX 78709 | W | | | | | | | 350.00 |

Sheet no. __39__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,801.62

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                                    Case No. _____
         Tiffany Camelle Mims
                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Parents Billing Center 1716 Locust St Des Moines, IA 50309 | | C | | | | | 12.00 |
| Account No. xx4964 | | | Opened 1/01/10 CollectionAttorney David Lipps Dds | | | | |
| Parson Bishop Collecti 7870 Carmargo Road Cincinnati, OH 45243 | | W | | | | | 91.00 |
| Account No. xxx7530 | | | Collections for Northside Hospital Cherokee | | | | |
| Patient Accounts Bureau PO Box 279 Norcross, GA 30091 | | C | | | | | 4,008.00 |
| Account No. xxx7607 | | | Collections for Atlanta Neurology PC | | | | |
| Patients Account Bureau PO Box 279 Norcross, GA 30091 | | C | | | | | 390.00 |
| Account No. xxx4727 | | | Collections for Northside Radiology Assoc | | | | |
| Patients Account Bureau PO Box 279 Norcross, GA 30091 | | C | | | | | 330.00 |

Sheet no. _40_ of _56_ sheets attached to Schedule of             Subtotal             4,831.00
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxx6748 <br><br> Penncredit <br> 916 S 14th St <br> Harrisburg, PA 17108 | C | | | | Collections for QVC Acct #0078559155 | | | | 178.00 |
| Account No. xxxxxx1354 <br><br> Penncro Associates, Inc. <br> PO Box 538 <br> Oaks, PA 19456 | C | | | | Collections for Bank of America Acct #FE7826 | | | | 280.00 |
| Account No. <br><br> Planned Parenthood of California <br> 600 Nut Tree Rd <br> Suite 210 <br> Vacaville, CA 95687 | C | | | | | | | | Unknown |
| Account No. xx7050 <br><br> Planned Parenthood of Central Ohio <br> 206 E State St <br> Columbus, OH 43215 | C | | | | | | | | 38.00 |
| Account No. <br><br> Planned Parenthood of Fort Wayne <br> 3914 W Jefferson Blvd <br> Indianapolis, IN 46225 | C | | | | | | | | Unknown |

Sheet no. __41__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

496.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Planned Parenthood of Indiana <br> 200 S Meridian St #400 <br> Indianapolis, IN 46225 | C | | | | | | Unknown |
| Account No. xxxxxxxxxxx3030 <br><br> Portfolio Rc <br> Attn: Bankruptcy <br> Po Box 41067 <br> Norfolk, VA 23541 | | W | Opened  8/01/09 <br> FactoringCompanyAccount Capital One Bank N.A. | | | | 1,174.00 |
| Account No. xxxxx & 1935 <br><br> Professional Emergency Physicians <br> P.O. Box 12949 <br> Fort Wayne, IN 46866 | C | | Medical Bill | | | | 1,000.00 |
| Account No. xxx5940 <br><br> Professional Recovery Inc <br> PO Box 40134 <br> Fort Wayne, IN 46804 | C | | Collections for Emergency Medicine of IN | | | | 19.00 |
| Account No. xxxxx9472 <br><br> Progressive Drive Insurance <br> Blackwell Agency, Inc <br> PO Box 188 <br> Canton, GA 30169 | C | | | | | | Unknown |

Sheet no. __42__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,193.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                       Case No. _____
         Tiffany Camelle Mims

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx6747 <br><br> Progressive Financial <br> 1919 W Fairmont Dr Ste 8 <br> Tempe, AZ 85282 | | W | Opened 9/01/11 <br> CollectionAttorney Cox Florida-Pensacola | | | | 159.00 |
| Account No. xxxxxx0165 <br><br> Progressive Financial Services, INC <br> PO Box 22083 <br> Tempe, AZ 85285 | | C | | | | | 878.17 |
| Account No. <br><br> Quest Diagnostics <br> 3 Giralda Farms <br> Madison, NJ 07940 | | C | | | | | Unknown |
| Account No. xxxx9155 <br><br> QVC <br> PO Box 2254 <br> West Chester, PA 19380 | | C | | | | | Unknown |
| Account No. xxx6585 <br><br> Rash Curtis Associates <br> P.O. Box 5790 <br> Vacaville, CA 95696 | | C | Collections for Solano County H&SS Dept Acct #04158250000260862 | | | | 104.00 |

Sheet no. __43__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal          | 1,141.17
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

                                              Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx1124 | | | Collections for HSBC Bank | | | | |
| Redline Recovery P.O. Box 177 Sanborn, NY 14132 | | C | | | | | Unknown |
| Account No. | | | | | | | |
| Rent-A-Center 1070 N Texas St Fairfield, CA 94533 | | C | | | | | Unknown |
| Account No. x2624 | | | | | | | |
| Ricardo P Maribona DPM PA 8851 Boardroom Circle Fort Myers, FL 33919 | | C | | | | | 122.00 |
| Account No. xxxxxxx2678 | | | Medical Bill | | | | |
| Riverside Radiology PO Box 182268 Columbus, OH 43218 | | C | | | | | 154.00 |
| Account No. xxxxxx1235 | | | Collections for Bank of America Acct #883048814467 | | | | |
| RJM Acquisitions LLC 575 Underhill Blvd. Suite 224 Syosset, NY 11791-3416 | | C | | | | | 430.00 |

Sheet no. __44__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal        706.00
                              (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Harry Daryl Mims,                           Case No. _____

         Tiffany Camelle Mims

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxx1191 | | | | | Medical Bill | | | | |
| Roswell Radiology Associates PO Box 116414 Atlanta, GA 30368 | C | | | | | | | | 93.00 |
| Account No. | | | | | | | | | |
| Ryans Furniture 3601 Hessen Cassel Rd Fort Wayne, IN 46806 | C | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Sallie Mae PO Box 9500 Wilkes Barre, PA 18773 | C | | | | | | | | Unknown |
| Account No. xxxxxx9000 | | | | | | | | | |
| Sawnee EMC 543 Atlanta Highway Cumming, GA 30040 | C | | | | | | | | 230.00 |
| Account No. xxxxxxxx8082 | | | | | | | | | |
| Scholastic 2931 E McCarthy St Jefferson City, MO 65101 | C | | | | | | | | 28.00 |

Sheet no. \_\_45\_\_ of \_56\_\_ sheets attached to Schedule of                  Subtotal

Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)      351.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| SCS Credit Corp 900 E Colfax South Bend, IN 46617 | C | | | | | | 4,560.00 |
| Account No. xxxxx94/16 | | | Collections for Brown Mackie College | | | | |
| Security Credit Systems, Inc PO Box 846 Buffalo, NY 14240 | C | | | | | | 1,865.00 |
| Account No. xxx4574 | | | Collections for Orthopaedics Northeast | | | | |
| Snow & Sauerteig LLP 203 East Berry Street Suite 1310 Fort Wayne, IN 46802 | C | | | | | | 300.00 |
| Account No. 163 | | | | | | | |
| Soar Physical Therapy 6768 Hickory Flat Highway Suite 110 Canton, GA 30115 | C | | | | | | 410.00 |
| Account No. xxxxxx0862 | | | | | | | |
| Solano County H&SS Dept 275 Beck Ave MS 5-210 Fairfield, CA 94533 | C | | | | | | 88.00 |

Sheet no. __46__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,223.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
         Tiffany Camelle Mims

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Solano County Library 601 Pintail Dr Suisun City, CA 94585 | C | | | | | | Unknown |
| Account No. xxxxxxxxx5471 | | | | | | | |
| Solano Garbage Co 2901 Industrial Ct Fairfield, CA 94533 | C | | | | | | 185.00 |
| Account No. xxxxxxxxxx9056 | | | Medical Bill | | | | |
| Solano Gateway Medical Group 1200 B Gale Wilson Blvd Fairfield, CA 94533 | C | | | | | | 212.00 |
| Account No. xxx0894 | | | Medical Bill | | | | |
| Solano Regional Medical Group PO Box 255668 Sacramento, CA 95865 | C | | | | | | 262.00 |
| Account No. xxxx3526 | | | Opened  1/01/11 CollectionAttorney Windstream | | | | |
| Southwest Credit Syste 4120 International Parkway Suite 1100 Carrollton, TX 75007 | | H | | | | | 365.00 |

Sheet no. __47__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,024.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                                          Case No. _____
         Tiffany Camelle Mims

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx8030 Stallings Fin Group Po Box 4430 Marietta, GA 30061 | | W | | | Opened 10/01/09 CollectionAttorney Metro Atlanta Ambulance | | | | 676.00 |
| Account No. xxx6197 Stallings Fin Group Po Box 4430 Marietta, GA 30061 | | W | | | Opened  9/01/09 CollectionAttorney Metro Atlanta Ambulance | | | | 667.00 |
| Account No. xxx7637 Stallings Fin Group Po Box 4430 Marietta, GA 30061 | | W | | | Opened 10/01/09 CollectionAttorney The Little Red School House | | | | 475.00 |
| Account No. xxx-xxx-4600 Stallings Financial Group Inc P.O Box 4430 Marietta, GA 30061 | | C | | | | | | | 475.60 |
| Account No. xxxxxx4600 Stallings Financial Group Inc P.O Box 4430 Marietta, GA 30061 | | C | | | For Metro Atlanta Ambulance | | | | 1,343.00 |

Sheet no. __48__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,636.60

B6F (Official Form 6F) (12/07) - Cont.

In re     Harry Daryl Mims,                                                    Case No. _____
          Tiffany Camelle Mims
                                                              ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Stanislaus Credit Control Service, Inc <br> 914 14th Street <br> P.O. Box 480 <br> Modesto, CA 95353 | C | | | | Collections for Solano Regional Medical Group <br> Acct #960139901, 95844019, & 959360491 | | | | 10,722.00 |
| Account No. xxxxxx4838 <br><br> State of Indiana - Dept of Workforce Dev <br> 10 N Senate Ave <br> Indianapolis, IN 46204 | C | | | | OP Control #20823310 | | | | 675.00 |
| Account No. xxxxxxx3237 <br><br> Stonewood Insurance Services <br> PO Box 2528 <br> Rancho Cordova, CA 95741 | C | | | | Collections for Auto Bahn Insurance | | | | Unknown |
| Account No. xxxxxxxx37-00 <br><br> Stonewood Insurance Services <br> PO Box 39000 <br> San Francisco, CA 94139 | C | | | | Collections for Auto Bahn Insurance | | | | Unknown |
| Account No. <br><br> Sutter Fairfield Diagnostic Imaging Cent <br> 757 Low Court <br> Fairfield, CA | C | | | | | | | | Unknown |

Sheet no. __49__ of __56__ sheets attached to Schedule of                                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)          11,397.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Harry Daryl Mims,
       Tiffany Camelle Mims

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sutter Regional Medical Group <br> PO box 255668 <br> Sacramento, CA 95865 | | C | Medical Bill Acct #3343275, 3370885, & 3370894, & 3601174 | | | | 5,714.00 |
| Account No. <br><br> SWF Ankle and Foot Care Specialists <br> 8851 Boardroom Circle <br> Fort Myers, FL 33919 | | C | | | | | 122.00 |
| Account No. xxxxx7242 <br><br> T-Mobile <br> PO Box 742596 <br> Cincinnati, OH 45274 | | C | | | | | 290.00 |
| Account No. <br><br> Target National Bank <br> P.O.Box 59317 <br> Minneapolis, MN 55489 | | C | | | | | Unknown |
| Account No. <br><br> Tenet <br> PO Box 740447 <br> Atlanta, GA 30374 | | C | Collections for North Fulton Hospital #018311191 & 018311183 | | | | 1,100.00 |

Sheet no. __50__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  7,226.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Harry Daryl Mims,                                        Case No. _____
        Tiffany Camelle Mims

                                                            ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| The little Red Schoolhouse | C | | | | | | | 0.00 |
| Account No. xxx-xxx-1815 | | | | | | | | |
| The little Red Schoolhouse 3045 Univeter Rd Canton, GA 30115 | C | | | | | | | 475.60 |
| Account No. xxxxxx3384 | | | | | | | | |
| The Oakland Tribune 7677 Oakport St #950 Oakland, CA 94612 | C | | | | | | | 20.00 |
| Account No. xxxxxxxxx5155 | | | | | | | | |
| The Plain Dealer-Plain Dealer Plaza 1801 Superior Ave Cleveland, OH 44114 | C | | | | | | | 16.00 |
| Account No. xxxxxxxxxxxxxxx0300 | | | | | | | | |
| Time Warner Cable Credit Protection Assoc PO Box 9037 Addison, TX 75001 | C | | | | | | | 93.00 |

Sheet no. __51__ of __56__ sheets attached to Schedule of                Subtotal                   604.60
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,
        Tiffany Camelle Mims

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxx5455 | | | | 01 Nipsco | | | | |
| Trust Rec Sv 541 Otis Bowen Dri Munster, IN 46321 | | H | | | | | | 84.00 |
| Account No. xxxx1033 | | | | Collections for Capital One Auto Finance | | | | |
| United Recovery Systems 5800 North Concourse Drive Houston, TX 77072 | | C | | | | | | 0.00 |
| Account No. xxxxx3338 | | | | Medical Bill | | | | |
| University Family Physicians PO Box 631179 Cincinnati, OH 45263 | | C | | | | | | 37.00 |
| Account No. xxxxxxxxxxx1011 | | | | Opened 5/01/11 Last Active 9/17/12 Educational | | | | |
| Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | H | | | | | | 7,000.00 |
| Account No. xxxxxxxxxxx5811 | | | | Opened 3/01/12 Last Active 9/17/12 Educational | | | | |
| Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | H | | | | | | 7,000.00 |

Sheet no. _52_ of _56_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,121.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                                      Case No. _____
         Tiffany Camelle Mims

_____ ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxxx0911 | | H | | | Opened 5/01/10 Last Active 9/17/12 Educational | | | | |
| Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | | | | | 6,000.00 |
| Account No. xxxxxxxxxx5711 | | H | | | Opened 3/01/12 Last Active 9/17/12 Educational | | | | |
| Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | | | | | 5,500.00 |
| Account No. xxxxxxxxxx0811 | | H | | | Opened 5/01/11 Last Active 9/17/12 Educational | | | | |
| Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | | | | | 5,500.00 |
| Account No. xxxxxxxxxx0711 | | H | | | Opened 5/01/10 Last Active 9/17/12 Educational | | | | |
| Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | | | | | 4,500.00 |
| Account No. xxxx1436 | | C | | | Medical Bill | | | | |
| Vacaville Dermatology A Medical Co 941 Merchant St Suite A Vacaville, CA 95688 | | | | | | | | | 182.00 |

Sheet no. _53_ of _56_ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)        21,682.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Harry Daryl Mims,             Case No. _____
         Tiffany Camelle Mims
                                    ,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  |  |  | Collections for Scholastic |  |  |  |  |
| Veggie Tales 104 Champs Maumelle, AR 72198 |  | C |  |  |  |  | Unknown |
| Account No. xxxxxxxxx0001 |  |  | Opened 10/01/04  Last Active  1/01/11 |  |  |  |  |
| Verizon Verizon Wireless Department/Attn: Bankru Po Box 3397 Bloomington, IL 61702 |  | W |  |  |  |  | 1,818.00 |
| Account No.  |  |  |  |  |  |  |  |
| Victoria Secret 1740 Broadway #201 New York, NY 10001 |  | C |  |  |  |  | Unknown |
| Account No.  |  |  |  |  |  |  |  |
| Weight Watchers PO Box 1970 Marion, OH 43306 |  | C |  |  |  |  | 11.00 |
| Account No. xxxxxx3421 |  |  | Opened 12/01/07  Last Active 10/25/08 ChargeAccount |  |  |  |  |
| Weisfield Jewelers/Sterling Jewelers Inc Attn: Bankruptcy Po Box 3680 Akron, OH 44309 |  | W |  |  |  |  | 634.00 |

Sheet no.  _54_  of  _56_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,463.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,                                            Case No. _____
          Tiffany Camelle Mims
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxxxx1005 | | | | | Collections for NCO/Solano Gateway Medical Group | | | | |
| West Asset Management P.O. Box 790113 Saint Louis, MO 63179 | C | | | | | | | | 212.00 |
| Account No. xxxx1070 | | | | | Medical Bill | | | | |
| Western Dental Services, Inc. PO Box 14228 Orange, CA 92863-1228 | C | | | | | | | | 291.00 |
| Account No. xxxxx7604 | | | | | Medical Bill | | | | |
| Western Florida Hospital PO Box 99400 Louisville, KY 40269 | C | | | | | | | | 29.00 |
| Account No. xx0164 | | | | | Medical Bill | | | | |
| Windsmile Family Dental 141 Sunset Ave Suite I & J Suisun City, CA 94585 | C | | | | | | | | 58.00 |
| Account No. xxxxx2717 | | | | | | | | | |
| Windstream 1720 Galleria Blvd Charlotte, NC 28270 | C | | | | | | | | 259.00 |

Sheet no. __55__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          849.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Harry Daryl Mims,    Case No. _____
          Tiffany Camelle Mims
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx0191 | | | | | Medical Bill | | | | |
| WVVA Health Care Alliance PC PO Box 457 White Sulphur Springs, WV 24986 | C | | | | | | | | 161.00 |
| Account No. | | | | | | | | | |
| Wyndham 2601 Riparian Dr Building E Elk Grove, CA 95757 | C | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __56__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 161.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 217,341.96 |

B6G (Official Form 6G) (12/07)

In re    Harry Daryl Mims,                                 Case No. _____
         Tiffany Camelle Mims

_____ ,
                                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                               Best Case Bankruptcy

**B6H (Official Form 6H) (12/07)**

In re    Harry Daryl Mims,                        Case No. _____
        Tiffany Camelle Mims

_____,
                        Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

____ 0   continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re  Harry Daryl Mims
       Tiffany Camelle Mims                                    Case No. _____
                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| Married | Son | 1 |
| | Daughter | 3 |
| | Daughter | 5 |
| | Daughter | 7 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | Director of Rehab |
| Name of Employer | Unemployed | Premier Rehabilitation |
| How long employed | | 1+ year |
| Address of Employer | | 538 W. Monte Vista Ave  Vacaville, CA 95688 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ 7,141.60 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 7,141.60 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 930.46 |
| b. Insurance | $ | 0.00 | $ 1,005.50 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 1,935.96 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 5,205.64 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ 5,205.64 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 5,205.64 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    Debtor has not worked since December 31, 2012 and does not expect to collect unemployment.

B6J (Official Form 6J) (12/07)

In re <u>Harry Daryl Mims</u>
<u>Tiffany Camelle Mims</u>                                    Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 1,700.00 |
| a. Are real estate taxes included? | Yes ___ | No  X | | |
| b. Is property insurance included? | Yes ___ | No  X | | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ | 250.00 |
| b. Water and sewer | | | $ | 100.00 |
| c. Telephone | | | $ | 35.00 |
| d. Other  See Detailed Expense Attachment | | | $ | 389.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 750.00 |
| 5. Clothing | | | $ | 100.00 |
| 6. Laundry and dry cleaning | | | $ | 75.00 |
| 7. Medical and dental expenses | | | $ | 150.00 |
| 8. Transportation (not including car payments) | | | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 640.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 13.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 120.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other  Professional License/Fees | | | $ | 20.00 |
| c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other  See Detailed Expense Attachment | | | $ | 1,315.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $ ____6,057.00____

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 5,205.64 |
| b. | Average monthly expenses from Line 18 above | $ | 6,057.00 |
| c. | Monthly net income (a. minus b.) | $ | -851.36 |

**B6J (Official Form 6J) (12/07)**

In re   Harry Daryl Mims
     Tiffany Camelle Mims      Case No. _____
           Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable/Internet | $ | 135.00 |
| Cell phones | $ | 254.00 |
| **Total Other Utility Expenditures** | $ | 389.00 |

**Other Expenditures:**

| | | |
|---|---|---|
| Personal grooming, haircuts | $ | 75.00 |
| Auto maintenence and repairs | $ | 150.00 |
| Tuition, Books, School Supplies | $ | 50.00 |
| Babysitting/Childcare | $ | 1,040.00 |
| **Total Other Expenditures** | $ | 1,315.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    Harry Daryl Mims
        Tiffany Camelle Mims
                               Debtor(s)

Case No.                             
Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   72   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February  1, 2013              Signature    /s/ Harry Daryl Mims
                                                Harry Daryl Mims
                                                Debtor

Date   February  1, 2013              Signature    /s/ Tiffany Camelle Mims
                                                Tiffany Camelle Mims
                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Eastern District of California

In re    Harry Daryl Mims
          Tiffany Camelle Mims
                                                    Case No.
                          Debtor(s)                 Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $76,156.00 | 2011 Employment Income |
| $7,794.00 | 2013 YTD Employment Income |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $3,972.00 | 2011 Unemployment Benefits |

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| St Matthew Baptist Church 125 McClellan Vacaville | Church | Monthly | $640.00 |

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Macey Bankruptcy Law 428 J Street Suite 420 Sacramento, CA 95814 | 8/18/11 | $1699 attorneys' Fees $191.45 service/Facilitation fees for products and services outlined below $313 reimbursable expenses for third-party products and services, which include: 3 Source Credit Report, Credit Counseling, Debtor Education Course, Tax Transcript Report, Automobile Loan Review, and Post-Discharge Dispute(s) of Consumer Liability Report $306 Filing Fee |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Pick N Pull Fairfield, CA 94533 Junkyard | June 2011 | 1997 Cadillac Sold for $300.00 Was not running |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 704 St James Pl<br>Canton, GA 30115 | Harry Daryl Mims<br>Tiffany Camelle Mims | 5/1/2009-4/30/2010 |
| 642 Marshall Rd<br>Vacaville, CA 95687 | Harry Daryl Mims<br>Tiffany Camelle Mims | 1/1/2009-4/30/2009 |
| 802 White Wing Lane<br>Suisun City, CA 94585 | Harry Daryl Mims<br>Tiffany Camelle Mims | 7/2010 - 1/2012 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None □   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Independant Contractor - ACN | 5509 | 919 Lotz Way Suisun City, CA 94585 | Telecommunication & Network Marketing | March 2012 to the present |
| Independant Contractor - WFG | 1282 | 919 Lotz Way Suisun City, CA 94585 | Life Insurance Policy Sales | August 2012 to the present |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

Case 13-21458    Filed 02/01/13    Doc 1

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

B 7 (12/12)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  February  1, 2013        Signature    /s/ Harry Daryl Mims

Harry Daryl Mims
Debtor

Date  February  1, 2013        Signature    /s/ Tiffany Camelle Mims

Tiffany Camelle Mims
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of California

In re   Harry Daryl Mims
        Tiffany Camelle Mims

Case No.

_____ Debtor(s)

Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
- ☐ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   February  1, 2013

Signature   /s/ Harry Daryl Mims
            Harry Daryl Mims
            Debtor

Date   February  1, 2013

Signature   /s/ Tiffany Camelle Mims
            Tiffany Camelle Mims
            Joint Debtor

# United States Bankruptcy Court
## Eastern District of California

In re   Harry Daryl Mims
       Tiffany Camelle Mims

                              Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................................... $ _____ 1,699.00

Prior to the filing of this statement I have received ............................................. $ _____ 1,699.00

Balance Due ......................................................................................................... $ _____ 0.00

2.   The source of the compensation paid to me was:

■ Debtor    □ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor    □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     Negotiations with secured creditors to reduce to market value; exemption planning as needed.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, any document retrieval services, credit counseling and financial management course fees, post-discharge credit repair, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions where there is no valid legal defense, or any other adversary proceeding, or preparation and filing of reaffirmation agreements and applications.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   February 1, 2013

/s/ Guillermo F. Geisse SBN:
Guillermo F. Geisse SBN: 269685
Jacoby & Meyers Bankruptcy LLP
428 J Street
Suite 420
Sacramento, CA 95814
888.303.0431  Fax: 916-444-8518
sacramento@maceybankruptcylaw.com

---

    

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re    Harry Daryl Mims       Case No. _____

Tiffany Camelle Mims

_____    Chapter   7 _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Harry Daryl Mims | X | /s/ Harry Daryl Mims | February 1, 2013 |
|---|---|---|---|
| Tiffany Camelle Mims | | | |
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | X | /s/ Tiffany Camelle Mims | February 1, 2013 |
| | | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

.

Martin White O.D.
6110 Maplecrest Rd
Fort Wayne, IN 46835


Aarons Furniture
4311 S Anthony Blvd
Fort Wayne, IN 46806


ACA International
2250 Boynton Ave
Fairfield, CA 94533


Achieve Financial Services
4500 Salisbury Rd
Suite 340
Jacksonville, FL 32216


Advance America Cash Advance
1740 North Texas St
Fairfield, CA 94533


Aes/ism
Aes/Ism
P.O. Box 8183
Harrisburg, PA 17105


Afni
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701


AFNI, Inc
PO Box 4115
Concord, CA 94524


AFNI, Inc
1310 MLK Drive
Bloomington, IL 61702


Afni, Inc.
Attn: Bankruptcy
Po Box 3097
Bloomington, IL 61702

Alcoa Billing Center
3429 Regal Dr
Alcoa, TN 37701

Allen County Public Library
900 Library Plaza
Fort Wayne, IN

Alliance One
4850 Street Road, Ste 300
Feasterville Trevose, PA 19053

Alliance One
7311 Quality Circle Dr.
Anderson, IN 46013

Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231

Allied Interstate
PO Box 6123
Carol Stream, IL 60197

Allied Interstate Collection Agency
3200 Northline Ave
Suite 160
Greensboro, NC 27408

Alpha Medical Clinic
401 South Main St
Suite A-4
Alpharetta, GA 30004

AMAA American Medical Collection Agency
2269 S Saw Mill River Rd
Building 3
Elmsford, NY 10523

American Family Insurance Group
6000 American Parkway
Madison, WI 53783

Ameripath Ft. Myers
PO Box 404938
Atlanta, GA 30384

ARM
PO Box 129
Thorofare, NJ 08086

Assoc Anes of Fort Wayne
PO Box 633260
Cincinnati, OH 45263

Assoc Family Med Consulta
6400 Rothman Rd
Fort Wayne, IN 46835

Associated Recovery Systems
PO Box 469046
Escondido, CA 92046

AT&T
Payment Center
Sacramento, CA 95887

Atlanta Neurology PC
993 F Johnson Ferry N
Suite 120
Atlanta, GA 30342

Auto Bahn Insurance
630 Orange Dr #D
Vacaville, CA 95687

Auto Credit USA
100 W Coliseum Blvd
Fort Wayne, IN 46805

Bank of America
PO Box 37176
San Francisco, CA 94137

Bank of America
2400 N Texas St
Fairfield, CA 94533

Bath County Community Hospital
PO Drawer Z
Hot Springs, VA 24445


Bay Area Credit Service, LLC
50 Airport Parkway, Ste 100
San Jose, CA 95110


Bay Pathology Medical Group
PO Box 31455
Walnut Creek, CA 94598


Blockbuster
1201 Elm St
Dallas, TX 75270


Brent D. Stamps, Attorney at Law
PO Box 2387
Norcross, GA 30093


Broad Street Financial
PO Box 6870
Columbus, OH 43205


Business & Professionals, Inc
2200 Lake Ave
Suite 230
Fort Wayne, IN 46805


California Check Cashing
1200 N Texas
Fairfield, CA


Capital One
PO Box 71083
Charlotte, NC 28272


Capital One
PO Box 60599
City of Industry, CA 91716


Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Capital Recovery Service LLC
PO Box 8700
Jacksonville, FL 32239

Cash One
1070 N Texas St
Fairfield, CA 94533

Cbassociates
Po Box 150
Fairfield, CA 94533

CBCS
PO Box 165025
Columbus, OH 43216-5025

CBCS
PO Box 69
Columbus, OH 43216

CBCS
PO Box 163250
Columbus, OH 43216-5025

CBE Group
PO Box 2635
Waterloo, IA 50704

Ccs/cortrust Bank
500 E 60th St N
Sioux Falls, SD 57104

Central Finl Control
Po Box 66051
Anaheim, CA 92816

Centrix Financial Control
PO Box 830913
Birmingham, AL 35283

Check Into Cash Store #09025
104-B Sunset Ave
Suisun City, CA 94585


Check N Go
2125 N Texas
Fairfield, CA


Chela/Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773


Cherokee County Water & Seweage Authorit
PO Box 5000
Canton, GA 30114


Childrens Hospital Patient Accounts
700 Children Dr
Columbus, OH 43205


Citibank
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


City of Suisun
701 Civic Center Blvd
Suisun City, CA 94585


CMI
4200 International Parkway
Carrollton, TX 75007


CMI Credit Management LP
PO Box 118288
Carrollton, TX 75011


Coast 2 Coast Financia
101 Hodencamp Rd Ste 120
Thousand Oaks, CA 91360


Collection Company of America
700 Longwater Dr
Norwell, MA 02061

Collection Service Center Inc
PO Box 68
Altoona, PA 16603

Collection Systems Consumer Service Dept
PO Box 4157
Woodland Hills, CA 91365

Collectron Of Atlanta/Carter-Young
Attention: Bankruptcy
P.O. Box 82269
Conyers, GA 30013

Comcast
PO box 34227
Seattle, WA 98124

Comcast
720 Taylor St
Fort Wayne, IN 46802

Comcast Cable-Dover
PO Box 3005
Southeastern, PA 19398

Commonwealth of Virginia
PO Box 2369
Richmond, VA 23218

Computer Credit, Inc.
P.O. Box 5238
640 W. 4th St.
Claim Dept 071360
Winston Salem, NC 27113-5238

Contra Costa Times
PO Box 5501
Walnut Creek, CA 94596

Cortrust Bank
PO box 5431
Sioux Falls, SD 57117

Covington Tire Company Inc
1015 S Monroe Ave
Covington, VA 24426

Cox Communications
12221 Plaza Dr
Cleveland, OH 44130

Cox Communications
PO Box 9001817
Louisville, KY 40290

CPA
PO Box 802068
Dallas, TX 75380-2068

Credit Bureau Services
460 Union Ave
Suite C
Fairfield, CA 94533

Credit Collections Services
2 Wells Ave.
Dept. AMFA
Newton Center, MA 02459

Credit Collections Services
2 Wells Ave.
Dept. 587
Newton Center, MA 02459

Credit Protection
PO Box 9037
Addison, TX 75001

Credit Protection Association
PO Box 9037
Addison, TX 75001

Credit Protection Association, L.P.
13355 Noel Rd
Dallas, TX 75240

Creditors Collection Service
PO Box 21504
Roanoke, VA 24018


David Scott Lipps, DDS Inc
423 Worthington Ave
Cincinnati, OH 45215


Delmar Video
5311 Merchandise Dr
Fort Wayne, IN 46825


Delta Management Associates
100 Everret Suite 6
PO box 9191
Chelsea, MA 02150


Dentistry for Children of Woodstock LLC
PO Box 195
Woodstock, GA 30188


DirecManagement, Inc
PO Box 16243
Mobile, AL 36616


Directv
PO Box 78626
Phoenix, AZ 85062-8626


Dish Network
Dept. 0063
Palatine, IL 60055


Diversified Collection Services, Inc
PO Box 9057
Pleasanton, CA 94566


Diversified Services, Inc.
PO Box 80185
Phoenix, AZ 85060


Dr Eady Family Dentistry PC
4646 W Jefferson Blvd
Suite 140
Fort Wayne, IN 46804

Dsnb Macys
Po Box 8218
Mason, OH 45040

Durham and Durham Attorney at Law
PO Box 8403
Dept 8403
Oaks, PA 19456

East Kemper Chiropractice
11570 Lippelman Rd
Cincinnati, OH 45246

Eastern Rev
Pob 7036
Audubon, PA 19407

Eastern Revenue
PO Box 7036
Audubon, PA 19407

Emergency Medicine of Indiana PC
PO Box 11849
Fort Wayne, IN 46861

EMP of Franklin County LTD
PO Box 714186
Columbus, OH 43271

Enhanced Recovery Company LLC
8014 Bayberry Rd
Jacksonville, FL 32256

Estero Island Medical Center
6875 Estero Blvd
Fort Myers Beach, FL 33931

Ffcc-columbus Inc
Po Box 20790
Columbus, OH 43220

Fidelity Information Corporation
PO Box 49938
Los Angeles, CA 90049

Finance America Corp
Po Box 9700
Boulder, CO 80301


First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122


First National Bank
302 Market St SE
Roanoke, VA 24011


First National Credit Card
Po box 5097
Sioux Falls, SD 57117


Fresn Cb Col
757 L Street
Fresno, CA 93721


Fresno Credit Bureau
757 L Street
Fresno, CA 93714


Frische Corporation/Cherry Hills Gardens
6245 Sunderland Dr
Columbus, OH 43229


GA Dept of Labor
148 International Blvd NE
Atlanta, GA 30303


Georgetown Video
6511 E State Blvd
Fort Wayne, IN 46815


Grant & Weber
Po Box 8669
Calabasas, CA 91372


Gulf Coast Hospital
PO Box 99400
Louisville, KY 40269

Hollis Cobb
4366 Park Drive
Norcross, GA 30093


Hollywood Videa
9275 SW Peyton Ln
Wilsonville, OR 97070


HRRG
PO Box 189053
Fort Lauderdale, FL 33318


ICS Imperial Credit Systems, Inc
125 N Parkside Dr
Suite 302
Colorado Springs, CO 80909


Indiana Michigan Power
PO Box 24411
Canton, OH 44701


Internal Revenue Service
Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Collections
60 E Claybourne Ave
Salt Lake City, UT 84165


IPFW
2101 Coliseum Blvd E
Fort Wayne, IN 46835


Ism/fedassoc
251 N Illinois Suite 400
Indianapolis, IN 46204


Ivy Tech
3800 N Anthony Blvd
Fort Wayne, IN 46805


JC Penney
PO Box 960090
Orlando, FL 32896-0001

Jefferson Park Pediatrics PC
3919 W Jefferson Blvd
Suite 1
Fort Wayne, IN 46804

Kaiser Permanente
PO Box 74929
Los Angeles, CA 90004

Kay Jewelers
PO Box 1799
Akron, OH 44309

Kimballtirey
7676 Hazarh Center Suite 900c
San Diego, CA 92109

Krogers
1014 Vine St
Cincinnati, OH 45202

Law Office of James A West PC
6380 Rogerdale Rd
Suite 130
Houston, TX 77072

Law Office of Mitchell N. Kay, P.C.
7 Penn Plaza
New York, NY 10001

LeBrato Law Offices
6424 Bluffton Rd
Fort Wayne, IN 46809

Lee County BOCC-EMS
PO Box 552059
Tampa, FL 33655

Lee Memorial Health System
PO Box 150107
Cape Coral, FL 33915

Lee Memorial Health Systems ER
PO Box 2147
Fort Myers, FL 33902

Legal Recovery Law Offices
PO Box 84060
San Diego, CA 92138-4060

Lewis Operating Corp.
1156 N. Mountain Ave.
PO Box 670
Upland, CA 91785

Lhr Inc
56 Main St
Hamburg, NY 14075

Liberty Mills
6101 Horn Wallace Dr
Fort Wayne, IN 46804

Macy's
P.O. Box 8117
Mason, OH 45040

Madison Ave Assoc
4000 E 96th St Ste 120
Indianapolis, IN 46240

Massage Envy
885 Woodstock Rd
Roswell, GA 30075

MCM
P.O. Box 603
Dept 12421
Oaks, PA 19456

MCM
PO Box 939019
San Diego, CA 92193

Medical & Dental Business Bureau
333 E. Washington Blvd
PO Box 11285
Fort Wayne, IN 46857-1285

Medicredit, Inc
PO Box 410917
Saint Louis, MO 63141

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

MKS Financial Services, Inc
701 S Industrial Blvd
Suite 110
Euless, TX 76040

Money Mart
1781 N Texas St
Fairfield, CA 94533

N Fulton Emergency Physicians
PO Box 5518
Athens, GA 30604

National City
6302 E State Blvd
Fort Wayne, IN 46815

National City Loss Prevention
400 W Fourth St
Royal Oak, MI 48067

Nations Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360

Natl Amer Un
Pob 1780
Rapid City, SD 57709

NCO Financial Services
9009 Corporate Lakes Dr
Suite 300-BD
Tampa, FL 33634

NCO Financial Systems
PO Box 61247, Dept 64
Virginia Beach, VA 23466

NCO Financial Systems
PO Box 15740
Wilmington, DE 19850

NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044

Neighborhood Health Clinics
PO Box 11949
Fort Wayne, IN 46862

Nipsco
P.O. Box 13007
Merrillville, IN 46411

Northbay Healthcare Group
PO Box 39000
Dept 05221
San Francisco, CA 94139

Northland Group
PO Box 390846
Minneapolis, MN 55439

Northland Group Inc
PO Box 390846
Minneapolis, MN 55439

Northland Group, Inc
PO Box 390846
Minneapolis, MN 55439

Northside Hospital Cherokee
1100 Johnson Ferry Rd
Suite 780
Atlanta, GA 30342

Northside Radiology Associates, PC
PO Box 100015
Kennesaw, GA 30156

Northstar Location Services, LLC
4285 Genesee Street
Buffalo, NY 14225-1943

Ohio Health Doctor's Hospital
PO Box 951462
Cleveland, OH 44193


Ohio Health Riverside Methodist Hospital
3535 Olentangy River Rd
Columbus, OH 43214


OMS
PO Box 1991
Southgate, MI 48195


Orchard Bank
PO Box 60102
City Of Industry, CA 91716


Orthopaedics Northeast, PC
5050 N Clinton St
Fort Wayne, IN 46825


OSI Collection Services
P.O. Box 3900
Lakeland, FL 33802


Paragonway
Po Box 92109
Austin, TX 78709


Parents Billing Center
1716 Locust St
Des Moines, IA 50309


Parson Bishop Collecti
7870 Carmargo Road
Cincinnati, OH 45243


Patient Accounts Bureau
PO Box 279
Norcross, GA 30091


Patients Account Bureau
PO Box 279
Norcross, GA 30091

Penncredit
916 S 14th St
Harrisburg, PA 17108

Penncro Associates, Inc.
PO Box 538
Oaks, PA 19456

Planned Parenthood of California
600 Nut Tree Rd
Suite 210
Vacaville, CA 95687

Planned Parenthood of Central Ohio
206 E State St
Columbus, OH 43215

Planned Parenthood of Fort Wayne
3914 W Jefferson Blvd
Indianapolis, IN 46225

Planned Parenthood of Indiana
200 S Meridian St #400
Indianapolis, IN 46225

Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Professional Emergency Physicians
P.O. Box 12949
Fort Wayne, IN 46866

Professional Recovery Inc
PO Box 40134
Fort Wayne, IN 46804

Progressive Drive Insurance
Blackwell Agency, Inc
PO Box 188
Canton, GA 30169

Progressive Financial
1919 W Fairmont Dr Ste 8
Tempe, AZ 85282

Progressive Financial Services, INC
PO Box 22083
Tempe, AZ 85285

Quest Diagnostics
3 Giralda Farms
Madison, NJ 07940

QVC
PO Box 2254
West Chester, PA 19380

Rash Curtis Associates
P.O. Box 5790
Vacaville, CA 95696

Rent-A-Center
1070 N Texas St
Fairfield, CA 94533

Ricardo P Maribona DPM PA
8851 Boardroom Circle
Fort Myers, FL 33919

Riverside Radiology
PO Box 182268
Columbus, OH 43218

RJM Acquisitions LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-3416

Roswell Radiology Associates
PO Box 116414
Atlanta, GA 30368

Ryans Furniture
3601 Hessen Cassel Rd
Fort Wayne, IN 46806

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773

Sawnee EMC
543 Atlanta Highway
Cumming, GA 30040

Scholastic
2931 E McCarthy St
Jefferson City, MO 65101

SCS Credit Corp
900 E Colfax
South Bend, IN 46617

Security Credit Systems, Inc
PO Box 846
Buffalo, NY 14240

Snow & Sauerteig LLP
203 East Berry Street
Suite 1310
Fort Wayne, IN 46802

Soar Physical Therapy
6768 Hickory Flat Highway
Suite 110
Canton, GA 30115

Solano County H&SS Dept
275 Beck Ave
MS 5-210
Fairfield, CA 94533

Solano County Library
601 Pintail Dr
Suisun City, CA 94585

Solano Garbage Co
2901 Industrial Ct
Fairfield, CA 94533

Solano Gateway Medical Group
1200 B Gale Wilson Blvd
Fairfield, CA 94533

Solano Regional Medical Group
PO Box 255668
Sacramento, CA 95865

Southwest Credit Syste
4120 International Parkway Suite 1100
Carrollton, TX 75007

Stallings Fin Group
Po Box 4430
Marietta, GA 30061

Stallings Financial Group Inc
P.O Box 4430
Marietta, GA 30061

Stanislaus Credit Control Service, Inc
914 14th Street
P.O. Box 480
Modesto, CA 95353

State of Indiana - Dept of Workforce Dev
10 N Senate Ave
Indianapolis, IN 46204

Stonewood Insurance Services
PO Box 2528
Rancho Cordova, CA 95741

Stonewood Insurance Services
PO Box 39000
San Francisco, CA 94139

Sutter Fairfield Diagnostic Imaging Cent
757 Low Court
Fairfield, CA

Sutter Regional Medical Group
PO box 255668
Sacramento, CA 95865

SWF Ankle and Foot Care Specialists
8851 Boardroom Circle
Fort Myers, FL 33919


T-Mobile
PO Box 742596
Cincinnati, OH 45274


Target National Bank
P.O.Box 59317
Minneapolis, MN 55489


Tenet
PO Box 740447
Atlanta, GA 30374


The little Red Schoolhouse


The little Red Schoolhouse
3045 Univeter Rd
Canton, GA 30115


The Oakland Tribune
7677 Oakport St #950
Oakland, CA 94612


The Plain Dealer-Plain Dealer Plaza
1801 Superior Ave
Cleveland, OH 44114


Time Warner Cable
Credit Protection Assoc
PO Box 9037
Addison, TX 75001


Trust Rec Sv
541 Otis Bowen Dri
Munster, IN 46321


United Recovery Systems
5800 North Concourse Drive
Houston, TX 77072

University Family Physicians
PO Box 631179
Cincinnati, OH 45263

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403

Vacaville Dermatology A Medical Co
941 Merchant St
Suite A
Vacaville, CA 95688

Veggie Tales
104 Champs
Maumelle, AR 72198

Verizon
Verizon Wireless Department/Attn: Bankru
Po Box 3397
Bloomington, IL 61702

Victoria Secret
1740 Broadway #201
New York, NY 10001

Weight Watchers
PO Box 1970
Marion, OH 43306

Weisfield Jewelers/Sterling Jewelers Inc
Attn: Bankruptcy
Po Box 3680
Akron, OH 44309

West Asset Management
P.O. Box 790113
Saint Louis, MO 63179

Western Dental Services, Inc.
PO Box 14228
Orange, CA 92863-1228

Western Florida Hospital
PO Box 99400
Louisville, KY 40269

Windsmile Family Dental
141 Sunset Ave
Suite I & J
Suisun City, CA 94585

Windstream
1720 Galleria Blvd
Charlotte, NC 28270

WVVA Health Care Alliance PC
PO Box 457
White Sulphur Springs, WV 24986

Wyndham
2601 Riparian Dr
Building E
Elk Grove, CA 95757

B22A (Official Form 22A) (Chapter 7) (12/10)

In re    Harry Daryl Mims
       Tiffany Camelle Mims
_____
           Debtor(s)

Case Number: _____
            (If known)

> According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):
>
> ☐ **The presumption arises.**
>
> ■ **The presumption does not arise.**
>
> ☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>     a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>         ☐ I remain on active duty /or/<br>         ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>         OR<br><br>     b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>         ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 1,658.68 | $ 7,141.60 |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 |
| b. | Ordinary and necessary business expenses | $ 0.00 | $ 0.00 |
| c. | Business income | Subtract Line b from Line a | |

| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 |
| b. | Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 |
| c. | Rent and other real property income | Subtract Line b from Line a | |

| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ 0.00 | Spouse $ 0.00 | |

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
|---|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |
| | Total and enter on Line 10 | $ 0.00 | $ 0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 1,658.68 | $ 7,141.60 |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | 8,800.28 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | 105,603.36 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence:　　CA　　b. Enter debtor's household size:　　6 | $ | 89,122.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>■ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |  |  |

Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ | 8,800.28 |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. _____ $ ____<br>b. _____ $ ____<br>c. _____ $ ____<br>d. _____ $ ____<br>Total and enter on Line 17 | $ | 0.00 |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ | 8,800.28 |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | 2,012.00 |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ | 360.00 |

| Persons under 65 years of age | | Persons 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per person | 60 | a2. | Allowance per person | 144 |
| b1. | Number of persons | 6 | b2. | Number of persons | 0 |
| c1. | Subtotal | 360.00 | c2. | Subtotal | 0.00 |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | 573.00 |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 2,442.00 |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ 0.00 |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 2,442.00 |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ 0.00 |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ■ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 670.00 |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 0.00 |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1  ■ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ 200.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ 0.00 |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 200.00 |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ 200.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ 0.00 |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 200.00 |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 1,017.24 |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | 0.00 |
|---|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | 0.00 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | 0.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | 0.00 |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | 1,040.00 |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | 0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | 0.00 |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ | 8,514.24 |

<table>
<tr><td colspan="4" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. |  |  |
|---|---|---|---|
|  | <table><tr><td>a.</td><td>Health Insurance</td><td>$</td><td align="right">884.54</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td><td align="right">0.00</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td><td align="right">0.00</td></tr></table> | $ | 884.54 |
|  | Total and enter on Line 34.<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$_____ |  |  |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | 0.00 |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0.00 |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
|---|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | 640.00 |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ | 1,524.54 |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | | |
|---|---|---|---|---|---|---|
| a. | -NONE- | | $ | ☐yes ☐no | | |
| | | | Total: Add Lines | | $ | 0.00 |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | | |
|---|---|---|---|---|---|
| a. | -NONE- | | $ | | |
| | | | Total: Add Lines | $ | 0.00 |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ | 37.16 |
|---|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ | 0.00 | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | 4.60 | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ | 0.00 |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ | 37.16 |
|---|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ | 10,075.94 |
|---|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ | 8,800.28 |
|---|---|---|---|
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ | 10,075.94 |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | -1,275.66 |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | -76,539.60 |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 51 is less than $7,025**\*. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725**\* Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|---|---|---|

| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|---|---|---|

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:   February  1, 2013            Signature:   /s/ Harry Daryl Mims<br>                                                                       Harry Daryl Mims<br>                                                                            *(Debtor)*<br><br>Date:   February  1, 2013            Signature   /s/ Tiffany Camelle Mims<br>                                                                       Tiffany Camelle Mims<br>                                                                       *(Joint Debtor, if any)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period 08/01/2012 to 01/31/2013.

Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Randstad
Year-to-Date Income:
Last Year:
Starting Year-to-Date Income:   $0.00   from check dated       7/31/2012     .
Ending Year-to-Date Income:   $7,112.34   from check dated      12/31/2012     .

This Year:
Current Year-to-Date Income:   $652.40   from check dated       1/31/2013     .

Income for six-month period (Current+(Ending-Starting)):   $7,764.74   .
Average Monthly Income:   $1,294.12   .

Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Spherion
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 08/2012 | $2,187.38 |
| 5 Months Ago: | 09/2012 | $0.00 |
| 4 Months Ago: | 10/2012 | $0.00 |
| 3 Months Ago: | 11/2012 | $0.00 |
| 2 Months Ago: | 12/2012 | $0.00 |
| Last Month: | 01/2013 | $0.00 |
| | Average per month: | $364.56 |

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period 08/01/2012 to 01/31/2013.

Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Premier Rehabilitation
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 08/2012 | $7,141.60 |
| 5 Months Ago: | 09/2012 | $7,141.60 |
| 4 Months Ago: | 10/2012 | $7,141.60 |
| 3 Months Ago: | 11/2012 | $7,141.60 |
| 2 Months Ago: | 12/2012 | $7,141.60 |
| Last Month: | 01/2013 | $7,141.60 |
| | Average per month: | $7,141.60 |